IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CRAIG CUNNINGHAM ) | |
| ) | |
| v. ) | NO. 3-15-0224 |
| ) | JUDGE CAMPBELL |
| PEAK LEGAL ADVOCATES, et al. ) | |

ORDER

Plaintiff has filed a Notice of Voluntary Dismissal (Docket No. 8), indicating that he wishes to dismiss this case with prejudice as to all Defendants. Accordingly, this action is DISMISSED with prejudice, and the Clerk is directed to close the file. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE